

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2019

No. 04-17-00674-CV

Christopher Todd **RUST,**
Appellant

v.

Aslynn Tanis **RUST,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-470
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                 Rebeca C. Martinez, Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice
                 Beth Watkins, Justice
                 Liza A. Rodriguez, Justice

       The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court